IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EWA J. CARBONE (GRYCIUK) | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-03031 GEB KJM |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| INDYMAC FEDERAL BANK; MORTGAGEIT, INC.; MTC FINANCIAL INC. DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CANYON CAPITAL FUNDING; BRYAN TULLY, and DOES 1-20 inclusive, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On November 23, 2009, two motions were filed to dismiss Plaintiff's complaint, and a motion was filed to strike Plaintiff's prayer for punitive damages. (Docket Nos. 8, 9, 13.) Further, another motion was filed to dismiss Plaintiff's complaint on December 2, 2009. (Docket No. 17.) However, on December 28, 2009, Plaintiff filed a first amended complaint which "supercedes the original" complaint. Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542,1546 (9th Cir. 1989). Therefore, the motions filed on November 23, 2009 and December 28, 2009 are denied as moot.

Dated: January 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1